**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JASON JOHNATHAN LEWIS,<br><br>   Plaintiff,<br><br>   v.<br><br>JENNIFER MOORE, THOMAS CARROLL, CAPTAIN S. MILLER, LAURA SCHWEITZER, DORA SCHRIRO, ANNA DEMPSEY, RANDALL S. HOOVER,<br><br>   Defendants. | CIV 04-03055 PHX SMM (MEA)<br><br>ORDER |

It appearing to the Court that Plaintiff's "Motion Requesting Permission to File Amended Complaint" [Docket No. 28], which seeks relief from the Court's order granting Defendants' motion for summary judgment, is now ready for the Court's consideration,

**IT IS ORDERED that** the reference of this case to the magistrate judge is withdrawn as to Plaintiff's "Motion Requesting Permission to File Amended Complaint" [Docket No. 28].

DATED this 25th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge